708

No. 579. WALDOCK, TRUSTEE, *v.* CHOCTAW LUMBER Co. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Finis E. Riddle* and *Robert L. Davidson* for petitioner. *Messrs. I. N. Watson, Henry N. Ess, Paul Barnett,* and *Elton L. Marshall* for respondent.

No. 583. TITLE GUARANTY & SURETY Co. ET AL. *v.* MISSOURI EX REL. STORMFELTZ. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Floyd E. Jacobs, Mitchel J. Henderson,* and *Laurence H. Watres* for petitioners. *Mr. E. H. Gamble* for respondent.

No. 584. IRVING TRUST Co., TRUSTEE IN BANKRUPTCY, *v.* BANKERS TRUST Co., TRUSTEE. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William D. Whitney* for petitioner. *Mr. Sol M. Stroock* for respondent.

No. 587. KAEMPFER ET AL., TRUSTEES, *v.* REINECKE. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederick L. Pearce* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 589. BIDDLE *v.* IRVING TRUST Co., TRUSTEE;
No. 590. DEUTSCH *v.* SAME;
No. 591. HAMMOND *v.* SAME;
No. 592. IRVING TRUST Co., TRUSTEE, *v.* MENDES ET AL.; and